UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RONALD BRODEN,
                Plaintiff,
v.                                                                                    **ORDER**

BORIS RUBINSTEIN, M.D., M.P.H.,                   21 CV 10411 (VB)
                Defendant.

--------------------------------------------------------------x

      On December 6, 2021, plaintiff Ronald Broden commenced the instant action against defendant Boris Rubinstein. (Doc. #1). On December 9, 2021, plaintiff filed an amended complaint. (Doc. #3).

      On March 9, 2022, plaintiff requested issuance of a summons as to defendant, which the Clerk of Court issued on March 10, 2022. (Docs. ##6–7). However, there is no indication on the docket that defendant has been served, and defendant has not appeared in this case.

      Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before **April 18, 2022**, plaintiff either: (i) files to the ECF docket proof of service, indicating defendant was served on or before March 6, 2022; or (ii) shows good cause in writing for his failure to comply with Fed. R. Civ. P. 4(m).

Dated: April 4, 2022
       White Plains, NY

                                  SO ORDERED:

                                  Vincent L. Briccetti
                                  United States District Judge