UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD BRODEN,                                              :
                          Plaintiff,                       :
                                                           :        **ORDER**
v.                                                         :
                                                           :        21 CV 10411 (VB)
BORIS RUBINSTEIN, M.D., M.P.H,                             :
                          Defendant.                       :
------------------------------------------------------------x

     Having reviewed defense counsel's letter dated November 9, 2023 (Doc. #72), it is
HEREBY ORDERED:

1. Plaintiff Ronald Broden shall appear, <u>in person</u>, at the case management conference
   scheduled for November 15, 2023, at 11:00 a.m., to be conducted at the White Plains
   Courthouse, Courtroom 620.

2. By tomorrow, November 10, 2023, plaintiff's counsel shall serve this Order on his
   client, Mr. Broden, and file proof of service of same.

3. Defense counsel shall bring a copy of the email referenced in his November 9, 2023,
   letter (Doc. #72) to the November 15, 2023, conference for review by the Court.

Dated: November 9, 2023
     White Plains, NY

              SO ORDERED:

              Vincent L. Briccetti
              United States District Judge