UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RONALD BRODEN,
                    Plaintiff,

v.

BORIS RUBINSTEIN, M.D., M.P.H,
                    Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 10411 (VB)

11/15/23

      As discussed at a conference held today and attended by counsel for all parties, as well as plaintiff Ronald Broden, it is HEREBY ORDERED:

      1.     The deadline to complete all discovery, including fact and expert discovery, is extended to January 31, 2024.

      2.     By January 23, 2024, any party that intends to move for summary judgment shall file a pre-motion conference letter in accordance with Paragraph 2.B.ii of Judge Briccetti's Individual Practices. Responses to pre-motion conference letters (if any) are due January 30, 2024.

      3.     The next case management conference in front of Judge Briccetti is scheduled for February 13, 2024, at 11:00 a.m. The conference shall proceed in person at the White Plains Courthouse, Courtroom 620.

Dated: November 15, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge