UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
______________________________________x

RONALD BRODEN,

Plaintiff,

-against-

BORIS RUBINSTEIN, M.D., M.P.H.

Defendant.
______________________________________x

21-CV-10411- VB

**DECLARATION OF KENNETH F. McCALLION**

KENNETH F. McCALLION, an attorney duly admitted to the practice of law in the State of New York, affirms as follows under penalty of perjury:

1. Attached hereto as Plaintiff's **Exhibit 1** are three pages of plaintiff's mother's will that plaintiff photographed.

2. Attached hereto as Plaintiff's **Exhibit 2** is an email from Plaintiff's mother to her attorney for her new will stating that the money going to Plaintiff's sons and ex-wife will come out of Plaintiff's share.

3. Attached hereto as **Exhibit 3** is an email from Plaintiff's mother to one of her attorney's for the new will in which she increases the amount to Plaintiff's sons from $250,000 and $350,000 respectively to $500,000 to each coming from Plaintiff's share.

4. Attached hereto as Plaintiff's **Exhibit 4** is a true and correct copy of the APA's Principles of Medical Ethics.

5. Attached hereto as Plaintiff's **Exhibit 5** is a true and correct copy of the December 1999 Draft Affidavit that Defendant's counsel drafted for plaintiff's father to sign (but was never signed). Also marked as Exhibit 14 at the Defendant's Deposition.

**6.** Attached hereto as Plaintiff's **Exhibit 6** is a true and correct copy of a note, dated June 24, 2005, contained in Defendant's medical records relating to the plaintiff indicating that Defendant had started prescribing medications – such as Antabuse - to treat his "Alcohol Dependence." (Also marked as Exhibit 3 at Defendant's Deposition).

7. Attached hereto as Plaintiff's **Exhibit 7** is a true and correct copy of a note, dated July 2, 2014, from Defendant's medical records relating to the plaintiff, noting that plaintiff was "addicted to Klonopin." (Also marked as Exhibit 4 at Defendant's Deposition). `1

8. Attached hereto as Plaintiff's **Exhibit 8** is a true and correct copy of a Certificate of Disposition, dated 12/01/2022 relating to plaintiff's guilty plea in Nassau County Court.

9. Attached hereto as Plaintiff's **Exhibit 9** is a true and correct copy of a portion of Defendant's medical chart relating to plaintiff, dated October 4, 2000.

10. Attached hereto as Plaintiff's **Exhibit 10** is a true and correct copy of a letter written by the defendant, dated October 5, 2000, stating, in relevant part: "It is clear from the clinical history that Cantor Broden suffers from a moderately severe depressive disorder (perhaps bipolar II), as well as a generalized anxiety disorder and a panic disorder". The letter also states, "Given his hypersensitivity to medications and the behavioral toxicity that they can engender, the possibility that some of his erratic behavior might have been caused by a neuro-toxic effect of the medications that were designed to help him cannot be totally ruled out."

11. Attached hereto as Plaintiff's **Exhibit 11** is a letter, dated July 25, 2000, from the defendant to a disability insurance company, noting that "by February of 2000 his [Plaintiff's] depression was of such intensity that he was unable to carry out the responsibilities of his work and it severely limited his ability to interact with his family."

12. Attached hereto as Plaintiff's **Exhibit 12** is a true and correct copy of a letter, dated January 8, 2003, from Plaintiff to the Defendant, stating, in part, that Plaintiff did not think that he benefitted from talk therapy.

13. Attached hereto as Plaintiff's **Exhibit 13** is a true and correct copy of a letter, dated January 17, 2003, from the defendant to the plaintiff.

14. Attached hereto as Plaintiff's **Exhibit 14** is a letter, dated May 23, 2019, from the Defendant to the Plaintiff terminating him as his patient, but agreeing to fill prescriptions for him for the next 30 days. His letter closes as follows: "I will no longer write prescriptions for you and after 30 days I will cease being your physician," meaning that Defendant continued to be Plaintiff's physician through June 22, 2019.

15. Attached hereto as Plaintiff's **Exhibit 15** is an email from plaintiff to the defendant, dated December 23, 2019, describing, in part, that he was "going through withdrawal [from Klonopin] and it is hell on earth."

16. Attached hereto as Plaintiff's **Exhibit 16** is a letter, dated July 2, 2021, from Defendant's lawyer, confirming that Plaintiff's parents were "understandably appalled" when they saw the confidential emails given to them by the defendant.

17. Attached hereto as Plaintiff's **Exhibit 17** is a true and correct copy of a "cease and desist" letter, dated March 2, 2020, that Defendant's lawyer wrote to Plaintiff, demanding, among other things, that Plaintiff cease his postings of negative reviews on the internet.

18. Attached hereto as Plaintiff's **Exhibit 18** is a true and correct copy of a criminal complaint filed by defendant on 2/28/2020 seeing to have plaintiff arrested for "violation of Penal Law section 240.30(1)(a), Aggravated Harassment in the Second Degree."

19. Attached hereto as Plaintiff's **Exhibit 19** is a true and correct copy of a confidential email from plaintiff to the defendant stating, in relevant part, that plaintiff's mother "doesn't understand mental illness…."

20. Attached hereto as Plaintiff's **Exhibit 20** is a true and correct copy of a text message dated February 28, 2020 from Plaintiff's mother to one of Plaintiff's brothers, stating, in relevant part: "[S]uffice [it] to say that I am removing myself as much as possible from his [plaintiff's] life, his crazy behaviors and the consequences thereof."

21. Attached hereto as Plaintiff's **Exhibit 21** is a true and correct copy of text messages, including a text message dated February 24, 2020, stating, in part, "If Ronny understands (???) what he has done and the damage he has caused, this will be part of hi[s] taking responsibility."

Dated: New York, New York
May 23, 2024

*lsl Kenneth F. McCallion*
Kenneth F. McCallion
**McCALLION & ASSOCIATES LLP**
*Attorneys for Plaintiff*
100 Park Avenue - 16th Floor
New York, New York 10017
(646) 366-0884