```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RONALD BRODEN,
          Plaintiff,

v.

BORIS RUBINSTEIN, M.D., M.P.H,
          Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 10411 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. By **January 3, 2025**, the parties shall submit any motions in limine.

2. Oppositions to motions in limine, if any, are due **January 24, 2025**. No replies will be permitted absent prior Court approval.

3. By **January 31, 2025**, the parties shall submit a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

4. By **April 7, 2025**, the parties shall submit proposed voir dire, joint proposed jury instructions, and a joint verdict firm. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

5. A final pre-trial conference is scheduled for **April 29, 2025, at 2:30 p.m.**, to be conducted in person at the White Plains Courthouse, Courtroom 620.

6. Jury selection and trial are scheduled to begin on **May 5, 2025, at 9:30 a.m.**

Dated: November 20, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge