ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD BRODEN,

                      Plaintiff,                              21 **CIVIL** 10411 (VB)

        -against-                                              **JUDGMENT**

BORIS RUBENSTEIN, M.D., M.P.H.,

                      Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

DATED: ~~New York~~ White Plains, New York
             June 5, 2025

                                                              TAMMI M. HELLWIG

So Ordered:                                             Clerk of Court

_____              BY: _____
U.S.D.J.                                                                Deputy Clerk